758

*Messrs. James E. Lyons* and *Harry H. McElroy* for petitioner. *Mr. Arthur T. George* for respondent.

No. 791. SOUTHERN PACIFIC CO. *v.* GEO. H. CROLEY CO., INC. May 19, 1930. Petition for writ of certiorari to the Railroad Commission of California denied. *Messrs. James E. Lyons* and *Harry H. McElroy* for petitioner. *Mr. Marcel E. Cerf* for respondent.

No. 794. COULTER ET AL. *v.* EAGLE & PHENIX MILLS. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Frederic D. McKenney* and *Henry D. Gaggstatter* for petitioners. No appearance for respondents.

No. 804. COMMERCIAL UNION ASSURANCE CO. *v.* JASS ET AL. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. T. A. Hammond* and *Haines H. Hargrett* for petitioner. No appearance for respondent.

No. 806. MURPHY *v.* UNITED STATES. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Levi Cooke* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 807. THOMPSON, RECEIVER, ET AL. *v.* OTIS ELEVATOR CO. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr.*